THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* WILLIAM V. EBERHART, Appellant.

*People* v. *Eberhart*, 171 App. Div. 458, affirmed.
(Submitted March 15, 1917; decided April 3, 1917.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered January 28, 1916, affirming a judgment of the Court of Special Sessions of the City of New York, convicting the defendant of a violation of subdivision 3 of section 8a of the Labor Law in failing to post a schedule containing a list of employees required or allowed to work on Sunday and designating a day of rest for each.

*James A. Sheehan* for appellant.

*Harry E. Lewis, District Attorney* (*Harry G. Anderson* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: HISCOCK, Ch. J., COLLIN, CARDOZO, POUND, MCLAUGHLIN, CRANE and ANDREWS, JJ.